Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:  thomas.kerr@hro.com

Attorneys for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>                    Plaintiffs,<br><br>         v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C-06-5393-CRB<br><br>Hon. Charles R. Breyer<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOE** |

//
//
//
//
//
//
//

1

Notice of Voluntary Dismissal
 CASE NO. C-06-5393-CRB
#26080 v1

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily
2  dismiss Defendant John Doe , without prejudice.

5  Dated: October 25, 2006                HOLME ROBERTS & OWEN LLP

                                          By:    */s/ Thomas M. Kerr*
                                                 Thomas M. Kerr
                                                 Attorneys for Plaintiff
                                                 ELEKTRA ENTERTAINMENT GROUP INC.;
                                                 UMG RECORDINGS, INC.; SONY BMG
                                                 MUSIC ENTERTAINMENT; and BMG MUSIC



October 27, 2006

2

Notice of Voluntary Dismissal
 CASE NO. C-06-5393-CRB
#26080 v1